UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

**BRUCE MONROE GREER,**

**Plaintiff,**

v.　　　　　6:10-cv-71

**Warden HOOK, et al.,**

**Defendants.**

## ORDER

"A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless" the district court certifies that the appeal is "not taken in good faith." FED. R. APP. P. 24(a)(3). Good faith means that an issue exists on appeal that is not frivolous when judged under an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Busch v. County of Volusia*, 189 F.R.D. 687, 691 (M.D. Fla. 1999). A claim is frivolous if it is "without arguable merit either in law or fact." *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001).

Bruce Greer's claims are frivolous and his appeal is not taken in good faith. His suit is based on a simple difference of medical opinion between he and his doctor. *See* Doc. 5. This is never enough to support a constitutional violation. *See Harris v. Thigpen*, 941 F.2d 1495, 1505 (11th Cir. 1991). The Court **DENIES** Greer the right to appeal *in forma pauperis*.

This 28th day of February 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA